# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BELINDA L. WILLIAMS,<br><br>Plaintiff,<br><br>     v.<br><br>FIRST CREDIT SERVICES, INC.,<br><br>Defendant. | Case No. 4:20-cv-00203<br>Judge Amos L. Mazzant |

### ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Belinda L. Williams ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal with prejudice, and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED that the above cause of action is hereby dismissed, with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 30th day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE